IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ERVIN,

        Plaintiff,

  vs.                          No. CIV S-05-0269 LKK GGH PS

JUDICIAL COUNCIL OF CALIFORNIA, et al.,

        Defendants.
_____/

GARY ERVIN,

        Plaintiff,

  vs.                          No. CIV S-05-0701 MCE DAD PS

FARMERS INSURANCE EXCHANGE, et al.,

        Defendants.           <u>NON-RELATED CASE ORDER</u>
_____/

        The court has received the Notice of Related Cases concerning the above-captioned cases filed April 14, 2005.  See Local Rule 83-123, E.D. Cal. (1997).  The court has, however, determined that it is inappropriate to relate and reassign Civil No. S- 05-0701 MCE DAD PS to Civil No. S- 05-0269 LKK GGH PS, and it therefore declines to do so.

        IT IS SO ORDERED.

DATED: 5/6/05                                         /s/ Gregory G. Hollows

                                                       GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

GGH:076/Ervin0269.rel.wpd