IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ERVIN,

      Plaintiff,

  v.

FARMERS INSURANCE EXCHANGE, et al.,

      Defendants.

_____/

No.  CIV.S-05-0701 MCE DAD PS

ORDER

      This action has been assigned to United States District Judge Morrison C. England, Jr. and, pursuant to Local Rule 72-302(c)(21), has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

      On June 17, 2005, the motion to dismiss filed on behalf of defendants Robert Brannen, James S. McWhorter and Deborah Correll came on for hearing before the court. That motion was taken under submission for the issuance of findings and recommendations thereon.

/////

1

1     On August 17, 2005, the only other defendant in this action, Farmers Insurance Exchange, filed a motion to set aside the default entered against it by the Clerk of the Court.  That motion, however, has not been properly noticed for hearing.

     In light of these circumstances, IT IS HEREBY ORDERED that:

     1.  The Status (Pretrial Scheduling) Conference set for August 19, 2005, is vacated and will be re-set if necessary following the resolution of defendants' motions; and

     2.  The motion to set aside default brought by defendant Farmers Insurance Exchange is denied without prejudice to the re-noticing of the motion in accordance with the Local Rules.

DATED: August 18, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\ervin0701.vacate

2