IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ERVIN,                           No. CIV-S-05-0701 MCE/DAD PS

    Plaintiff,

  v.                                  ORDER

FARMERS INSURANCE
EXCHANGE, ET AL.,

    Defendants.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On October 19, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

///

1

1         In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the court finds the findings and recommendations to
5  be supported by the record and by proper analysis.
6         Accordingly, IT IS HEREBY ORDERED that:
7         1.  The findings and recommendations filed October 19, 2005,
8  are adopted in full;
9         2.  Defendant Farmers' motion to set aside entry of default
10 is granted;
11        3.  Defendants' motion to dismiss for failure to state a
12 claim is granted as to all defendants;
13        4.  Plaintiff's causes of action under the ADA are dismissed
14 with prejudice; and
15        5.  The remaining state law claims are dismissed without
16 prejudice for lack of jurisdiction.
17 DATED: November 8, 2005

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

2